Todd Blanche
Attorney General of the United States
Michael L. Vander Giessen
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 05, 2026
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIENCE BLAZE PHILLIPS,<br><br>Defendant. | Case No.: 2:26-cr-00141-MKD-1<br><br>INDICTMENT<br><br>Vios.: 18 U.S.C. § 111(a)(1), (b)<br>Assault on a Federal Officer<br>(Count 1)<br><br>18 U.S.C. § 115(a)(1)(B), (b)(4)<br>Influencing a Federal Officer by Threat<br>(Count 2) |

The Grand Jury charges:

COUNT 1

On or about September 28, 2026, in the Eastern District of Washington, the Defendant, BRIENCE BLAZE PHILLIPS, did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.P., a federal law enforcement officer holding a Special Law Enforcement Commission from the Bureau of Indian Affairs, and did so while J.P. was engaged in and on account of the performance of his official duties, and in doing so made physical contact with and inflicted bodily injury upon J.P., all in violation of 18 U.S.C. § 111(a)(1) and (b).

COUNT 2

On or about September 28, 2026, in the Eastern District of Washington, the Defendant, BRIENCE BLAZE PHILLIPS, did threaten to assault J.P., a federal law enforcement officer holding a Special Law Enforcement Commission from the Bureau of Indian Affairs, and did so with intent to impede, intimidate, and interfere with J.P. while he was engaged in the performance of his official duties, and with intent to retaliate against J.P. on account of the performance of his official duties, all in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

DATED this 5 day of November, 2026.

[redacted]

Todd Blanche
Attorney General

Alison L. Gregoire
Criminal Chief

Michael L. Vander Giessen
Assistant United States Attorney